544 Pa. 183 (1996)
675 A.2d 711
COMMONWEALTH of Pennsylvania, Appellant,
v.
Richard W. QUINLAN, Appellee.
Supreme Court of Pennsylvania.
Submitted November 22, 1995.
Decided May 21, 1996.
James K. Vogel, Anthony R. Himes, Erie, for Com.
Richard W. Quinlan, pro se.
Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.
Prior report: 433 Pa.Super. 111, 639 A.2d 1235.

*184 ORDER

PER CURIAM.
Appeal dismissed as having been improvidently granted.
NIGRO, J., dissents.